IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| VCA Cenvet, Inc. d/b/a Antech Diagnostics, | ) ) ) | C/A No.: 0:11-cv-3394-JFA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Ebenezer Animal Hospital, P.A. d/b/a Ebenezer Animal Hospital and Lorin D. Lawrence, DVM, | ) ) ) ) ) | |
| Defendants. | ) ) | |

For good cause shown, this court hereby grants, in part, Defendants' Motions to Compel (ECF Nos. 42 and 50) and orders the Plaintiff to produce the following:

- un-redacted versions of any of the services agreements containing similar termination fee provisions;

- any documents (such as internal emails) relating to the termination fee provision in the contract with the Defendants;

- the column headings of the spreadsheets that have already been produced to the Defendants; and

- the calculations and supporting documents used to determine Plaintiff's profit margins with respect to the contract with the Defendants.

The court denies the parties' requests for sanctions, attorney's fees, and costs.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 21, 2013                              Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge