IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| VCA Cenvet, Inc., doing business as, Antech Diagnostics, | ) ) ) | C/A No.:   0:11-3394-JFA |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| Ebenezer Animal Hospital, PA, doing business as Ebenezer Animal Hospital; and Lorin D. Lawrence, DMV, | ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

On May 22, 2013, this court entered an order dismissing this case (ECF No. 62) without costs and without prejudice. The order directed the parties that if settlement was not consummated within 60 days, either party may petition the court to reopen the action and restore it to the calendar.

The parties have informed the court that they need additional time to finalize the settlement in this action. For good cause shown, the deadline set forth in this court's Rubin order of May 22, 2013, is hereby extended for an additional fifteen days.

IT IS SO ORDERED.

July 22, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge